1  TRUONG AND ASSOCIATES
   Hoa Phu Truong, State Bar No. 156411
2  Sean Le, State Bar No. 108451
   10221 Slater Avenue, Suite 202
3  Fountain Valley, CA 92708
   Tel: (714)963-7335
4  Fax: (714)963-2296
   Email: TruongLaw@aol.com
5
   Attorneys for Plaintiff
6  Thuan Phong Company limited

7

8              UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10               LOS ANGELES DIVISION

11  Thuan Phong Company Limited,       | Case No.: CV10-01450 CBM (RNBX)

12                     Plaintiff,       | FIRST AMENDED COMPLAINT FOR:

13  vs.                                 | 1. TRADE MARK INFRINGEMENT
                                        | 2. UNFAIR BUSINESS COMPETITION
14  SF Supermarket at Garden
    Grove; SF Supermarket at
15  Westminster; SF Supermarket at
    Sacramento; SF Supermarket at       | DEMAND FOR JURY TRIAL
16  San Diego; SF Supermarket at
    Sacramento; SF Supermarket at
17  Monterey Park; SF Supermarket
    at Rowland Heights; SF
18  Supermarket at San Gabriel; SF
    Supermarket at Las Vegas; SF
19  Supermarket at South El Monte;
    SF Supermarket at San Pablo;
20  SF Supermarket at Stockton;;
    SF Supermarket at San Diego
21  Sun Fat supermarket, Inc.
    a business entity, form
22  unknown; Harvest Fresh
    Marketing, Inc., a business
23  entity, form unknown; Diana
    Lu, an individual;  Cong TO
24  luong Thuc Tien Giang,a
    business entity, form unknown
25  Tong Cong TO Luong Thuc Mien
    Nam,a business entity, form
26  unknown; Truc Quoc Nguyen, an
    individual; Johnson Thai,
27  an individual; Nam Ngoc Nguyen,

28

1  an individual; and DOES 1 to
2  10, inclusive,

   **Defendants**

3

4

5

6  Plaintiff, Cong Ty TNHH SX - CB Nong Thuy San XK Thuan Phong

7  also known as Thuan Phong Company Limited, herein known as

8  Plaintiff, alleges as follows:

9

10  JURISDICTION AND VENUE

11  1.  This is an action for Trademark infringement arising

12  under the Trademark Act known as The Lanham Act, 15 U.S.C.,

13  Section 1065 et seq., and for related claims.

14  2. This Court has jurisdiction of this action under 28

15  U.S.C., Sections 1331, 1338(a), and 1338(b), and under its

16  supplemental jurisdiction.

17  3. Venue is proper in this district under 28 U.S.C. 1391 and

18  1400(a) and FRCP 4(k)2.

19  4. Venue is additional proper because the infringing

20  products are sold at Defendants' Supermarket located at 15440

21  Beach Blvd, Westminster, California. The place of the unlawful

22  and illegal activity is within the jurisdiction of this Court.

23

24  BACKGROUND FACTS AND PARTIES

25  5. Plaintiff Cong Ty TNHH SX - CB Nong Thuy San XK Thuan Phong

26  is  doing business as Thuan Phong Company Limited all hereinafter

27  referred to as "Plaintiff",  with its  principal place of business

28

- 2 -

FIRST AMENDED COMPLAINT FOR
TRADEMARK INFRINGEMENT,
UNFAIR COMPETITION

1  located in the City of My Tho, Country of Vietnam.

2      6. Plaintiff is  and, at all times relevant to the matters
3  alleged in this complaint, was engaged in the business of
4  manufacturing of Food products to export to world markets, including
5  the United States of America.

6      7. Specifically, Plaintiff have created an original Rice Paper
7  Food product known as "Bamboo Tree" referred to as "Thuan Phong Rice
8  Paper Product". Exhibit A.

9      8. Plaintiff registered its brand name with the US Patent and
10  Trademark Office, in the Principal Register, and on November 4, 2008
11  , Plaintiff was granted an exclusive License, License number
12  3,526,431. Exhibit B.

13      9. Plaintiff is informed and believes, and on that basis
14  alleges, that Defendants SF Supermarket at Garden Grove;  SF
15  Supermarket at Westminster; SF Supermarket at Sacramento;  SF
16  Supermarket at San Diego; SF Supermarket at Sacramento;  SF
17  Supermarket at Monterey Park; SF Supermarket at Rowland Heights; SF
18  Supermarket at San Gabriel; SF Supermarket at Las Vegas;  SF
19  Supermarket at South El Monte; SF Supermarket at San Pablo;
20  SF Supermarket at Stockton; SF Supermarket at San Diego;

21      Shun Fat Supermarket, Inc., a business entity, form unknown,
22  operates a chain of supermarkets with the name of SF Supermarkets
23  listed above, and these markets are known within the Asian and
24  Vietnamese Community as Thuan Phat Supermarkets ; *Johnson Thai,* an
25  individual; *Diana Lu*, an individual, and *Hieu Tran*, an individual,
26  herein referred to as Group I Defendants, are the infringing parties
27  of Plaintiff's registered products.

28      10. These Group I defendants, jointly and collectively,

FIRST AMENDED COMPLAINT FOR
TRADEMARK INFRINGEMENT,
UNFAIR COMPETITION

1  manufactured, imported, distributed, marketed, and sold to the
2  general public similar products – which are counterfeited products
3  or products bearing a mark closely similar to Plaintiff's registered
4  Trademark – bearing mark similar to the "bamboo tree" marking
5  belonging to Plaintiff, with the intent to cause and to create
6  confusion in the community and market.

7       12. The products sold by this Group I Defendants has a name and
8  design of "Bui Tre" which in Vietnamese means Bamboo Tree, with the
9  exact, and similar markings, meaning, design, color and presentation
10 of Plaintiff's mark. Exhibit C.

11      13. Plaintiff is informed and believes, and on that basis
12 alleges, that Defendants Harvest Fresh Marketing, Inc., a business
13 entity, form unknown, *Johnson Thai,* an individual, *Diana Lu*, an
14 individual, *Hieu Tran*, an individual,  are the Food Brokers,
15 Importers, and Marketers who arranged with the other Defendants to
16 create, import, distribute the product with infringing mark or the
17 counterfeit product into the United States with the intent to
18 violate Plaintiff's Register Trademark. Exhibit D.

19      14. Plaintiff is informed and believes, and on that basis
20 alleges, that Defendants *Diana Lu*, *Johnson Thai,* *Hieu Tran*, are the
21 persons associated and operating Harvest Fresh Marketing, Inc., and
22 Shun Fat Supermarket, Inc. to intentionally and unlawfully violate
23 the Lanham Act, wilfully infringing upon Plaintiff's mark. Exhibit
24 E.

25      15. Plaintiff is informed and believes, and on that basis
26 alleges, that Defendants Cong Ty Luong Thuc Tien Giang, a business
27 entity, form unknown, Truc Quoc Nguyen, an individual; Nam Ngoc
28 Nguyen, an individual; herein known as Group II Defendants, are

FIRST AMENDED COMPLAINT FOR
TRADEMARK INFRINGEMENT,
UNFAIR COMPETITION

1 companies and individuals who operated the chain of operation of
2 manufacturing, selling and exporting the counterfeit products or
3 product bearing a mark similar to Plaintiff's registered Trade mark
4 registered to, and owned exclusively by Plaintiff, with the intent
5 to infringe upon Plaintiff's registered trademark.

6     16. These Group II Defendants have their business located at
7 256 Khu Pho 2, Phuong 10, in the City of My Tho, Province of My Tho.
8 These Group II Defendants are located *within the same city* and
9 *province* where Plaintiff's manufacture is located.

10     17. These Group II Defendants received instructions, guidance
11 and orders from Harvest Fresh Marketing, Inc., and/or from  Johnson
12 Thai, Diana Lu and Hieu Tran to manufacture and to export to the
13 United States of America the products infringing upon Plaintiff's
14 mark or the counterfeit products bearing Plaintiff's registered
15 mark. These acts and conduct were intentionally done with the intent
16 to destroy Plaintiff's business.

17     18. These Group II Defendants further acted in concert and
18 within a common scheme with Defendants Harvest Fresh Marketing,
19 Inc.; Shun Fat Supermarket, Inc., *Johnson Thai, Diana Lu* and *Hieu*
20 *Tran* to create the packaging design, and label with the intent to
21 infringe upon Plaintiff's trade mark.

22     19. The true names and capacities of Defendants Does 1 through
23 10, inclusive, are unknown to Plaintiff, who therefore sues said
24 Defendants by such fictitious names.  As soon as the true names of
25 Does 1 through 10, inclusive, have been ascertained, Plaintiff will
26 amend this Complaint accordingly.

27     20. All Defendants designated in Group I, Group II, *Harvest*
28 *Fresh Marketing, Inc., Shun Fat Supermarket, Inc., Johnson Thai,*

FIRST AMENDED COMPLAINT FOR
TRADEMARK INFRINGEMENT,
UNFAIR COMPETITION

1   *Diana Lu, Hieu Tran, Truc Quoc Nguyen, Nam Ngoc Nguyen, Cong Ty*
2   *Luong Thuc Tien Giang*, and Does 1 through 10, or where ever alleged
3   in this complaint, are hereinafter collectively referred to as
4   "Defendants"

5      21. Plaintiff is informed and believe and thereon allege that
6   these Defendants, and each of them, were at all times herein
7   mentioned the agents and/or employees of each and every other
8   Defendants or were at all times mentioned acting within purpose and
9   scope of said agency and/or employment and within the authorization
10  and ratification of each of the remaining Defendants. All Defendants
11  were at the time of the infringements, in partnership with each
12  other defendants, acting within a common scheme of unlawful and
13  illegal interstate and international operation, and as such, are
14  jointly and severally liable to Plaintiff for the violations of
15  Plaintiff's Trademark.

16     22. Thuan Phong Product contains material wholly original with
17  Plaintiff that is Trademark subject matter under the laws of the
18  United States.

19     23. Thuan Phong Products has been registered with the Trademark
20  Office in accordance with title 15, United States Code with Register
21  No. 3,526,431. <u>Exhibit B</u> .

22     24. Plaintiff is currently and at all relevant times has been
23  the sole proprietor of all rights, title, and interest in and to the
24  Trademark in The Thuan Phong Product (The Bamboo Tree Trademark)
25  as well as all the content thereof. Plaintiff has produced and
26  distributed The Thuan Phong Product in strict conformity with the
27  provisions of the Trademark Act and all other laws governing
28  Trademark.

FIRST AMENDED COMPLAINT FOR
TRADEMARK INFRINGEMENT,
UNFAIR COMPETITION

1      25.   Plaintiff is informed and believes, and on that basis

2  alleges, that all named or unnamed DOE Defendants, knowingly and

3  willfully directly copied Plaintiff's art work. Plaintiff is further

4  informed and believes, and on that basis alleges, that Defendants

5  copied the art works  for the specific purposes of infringing

6  Plaintiff's Trademark and distributing  illegal  and unauthorized

7  use of the Plaintiff's labels and art works in the Thuan Phong

8  Product.

9      26. Plaintiff is informed and believes, and on that basis

10  alleges, that since at least as early as 2009, Defendants have been

11  importing, distributing, promoting and offering for sale their

12  illegal  and  unauthorized  products  which  contain  Plaintiff's

13  Registered Trademark for the purpose of gaining unfair business

14  advantages  and  financial  gains.  Defendants  unlawfully  use

15  plaintiff's art works for their financial benefits.

16      27. The natural, probable and foreseeable result of Defendants'

17  wrongful conduct has been and will continue to deprive Plaintiff of

18  the benefits of selling Plaintiff Thuan Phong's Product which

19  contains the exclusively Trademark to deprive Plaintiff of goodwill

20  and to injure Plaintiff's relations with present and prospective

21  customers.

22      28.  Plaintiff is informed and believes, and on that basis

23  alleges, that it has lost and will continue to lose substantial

24  revenues from the sale of other products, the infringing products

25  diluting their market's share and Plaintiff will sustain damages as

26  a result of Defendants' wrongful conduct and Defendants' production

27  and distribution of these infringing products. Defendants' wrongful

28  conduct has also deprived and will continue to deprive Plaintiff of

1  opportunities for expanding its goodwill.

2      29.   Plaintiff is informed and believes, and on that basis

3  alleges, that unless enjoined by this Court, defendants intend to

4  continue their course of conduct and to wrongfully use, infringe

5  upon, distribute and otherwise profit from Plaintiff's Trademark.

6      30. As a direct and proximate result of the acts of Defendants

7  alleged above, Plaintiff has already suffered irreparable  damages

8  and has sustained lost profits. Plaintiff has no adequate remedy at

9  law to redress  all of the injuries that Defendants  have caused and

10 intended to cause by their conduct. Plaintiff will continue to

11 suffer  irreparable  damages  and  sustain  lost  profits  until

12 Defendants' actions alleged above are enjoined by this Court.

13

14                  FIRST CLAIM FOR RELIEF

15                  (Trademark infringement)
                (15 U.S.C., Sections 1065, et seq.)
16

17     31. Plaintiff re-alleges each and every allegation set forth

18 in Paragraphs 1 through 30, inclusive, and incorporates then herein

19 by this reference.

20     32. By its actions alleged above, defendants have infringed and

21 will  continue  to  infringe  Plaintiff's  Trademark  by  producing,

22 distributing, and placing upon the market products which are direct

23 copies of Plaintiff's trademarked products.

24     33.  Plaintiff  is  entitled  to  an  injunction  restraining

25 Defendants, their officers , agents, and employees, and all persons

26 acting in concert with them, from engaging in any further such acts

27 in violation of the US Trademark laws known as the Lanham Act.

28     34. Plaintiff is further entitled to recover from Defendants

FIRST AMENDED COMPLAINT FOR
TRADEMARK INFRINGEMENT,
UNFAIR COMPETITION

1  damages, including attorney's fees and costs, it has sustained and
2  will sustain, and any gains, profits and advantages obtained by
3  Defendants as a result of Defendants' acts of infringement alleged
4  above. At present, the amount of such damages, gains, profits and
5  advantages cannot be fully ascertained by Plaintiff. Plaintiff will
6  seek leave of Court to amend the amount of damages or will present
7  such sums at the time of trial.

8       35. Plaintiff reserves its rights to either elect statutory or
9  compensatory damages at the time of trial. 15 U.S.C. sections 1065,
10 1114, 1115, 1116, 1117, and 1118.

11

12                    SECOND CLAIM FOR RELIEF

13                     (UNFAIR COMPETITION)
         (California Bus. & Prof. Code, Sections 17200 et seq.)
14

15

16      36. Plaintiff re-alleges each and every allegation set forth
   in Paragraphs 1 through 35, inclusive, and incorporates then herein
17 by this reference.

18      37. Defendants' conduct alleged above constitutes unlawful,
19 unfair, and/or fraudulent business practices in violation of the
20 California Business and Professions Code, Sections 17200 et seq.

21      38.  These wrongful acts have proximately caused and will
22 continue to cause Plaintiff substantial injury, including loss of
23 customers, dilution of its goodwill, confusion of existing and
24 potential customers, injury to its reputation, and diminution of the
25 value of its products. The harm these wrongful acts will cause
26  to Plaintiff is both imminent and irreparable, and the amount of
27 the damage sustained by Plaintiff will be difficult to ascertain if
28

1 these acts continue. Plaintiff has no adequate remedy at law.

2    39.  Plaintiff  is  entitled  to  an  injunction  restraining

3 Defendants,  their  officers,  agents,  employees,  and  all  persons

4 acting in concert with them from engaging in further such unlawful

5 conduct.

6

7                      PRAYER FOR RELIEF

8

9    WHEREFORE,

10    Plaintiff  Thuan  Phong  Company  Limited  prays  for  judgment

11 against each Defendant, jointly and severally, as follows:

12    1. That Defendants each be held to have infringed Plaintiff's

13 Trademarks in its products.

14    2. That the Court find a substantial likelihood that Defendants

15 will  continue  to  infringe  Plaintiff's  Trademarks  unless  enjoined

16 from doing so.

17    3.  That  Defendants  each  be  held  to  have  committed  unfair,

18 unlawful  and  fraudulent  business  practices  in  violation  of  The

19 Lanham  Act  and  California  Business  and  Professions  Code,  Section

20 17200 et seq.

21    4.  That  Defendants,  their  directors,  officers,  agents,

22 servants,  employees,  and  all  other  persons  in  active  concert  or

23 privity or in participation with them, be enjoined from directly or

24 indirectly  infringing  Plaintiff's  Trademarks  in  its  products  or

25 continuing  to  market,  offer,  sell ,  dispose  of,  license,  lease,

26 transfer, display, advertise, reproduce, develop, or manufacture any

27 work  derived  or  copied  from  the  Plaintiff's  trademark  or  to

28 participate or assist in any such activity.

FIRST AMENDED COMPLAINT FOR
TRADEMARK INFRINGEMENT,
UNFAIR COMPETITION

5. That Defendants, their directors, officers, agents, servants employees, and all other persons in active concert or privity or in participation with them, be enjoined to return to Plaintiff any originals, copies, facsimiles, or duplicates of the Trademark in their possession, custody, or control.

6. That Defendants be enjoined, jointly and severally, to recall from all distributors, wholesalers, jobbers, dealers, retailers,  and all others known to Defendants any originals, copies, facsimiles, or duplicates of any work shown by the evidence to infringe any Plaintiff's Trademark.

7. That defendants each be enjoined to deliver upon oath, to be impound during the pendency of this action, and for destruction pursuant to judgment herein, all originals, copies, facsimiles, or duplicates of any work shown by the evidence to infringe any Plaintiff's Trademark.

8. That Defendants each be required to file with the Court and to serve on Plaintiff, or Plaintiff's counsels,  within 30 days after service of the Court's order as herein prayed, a report in writing under oath setting forth in detail the manner and form in which Defendants each complied with the Court's order.

9. That judgment be entered for Plaintiff against each Defendant, jointly and severally, for Plaintiff's damages according to proof, and for any additional profits attributable to infringements
of Plaintiff's Trademarks, in accordance with proof.

10. That judgment be entered for Plaintiff and against each Defendants, jointly and severally, for statutory damages for each violation based upon Defendants' willful acts of infringement,

1  pursuant to Trademark Lanham Act , 15 U.S.C., Section 1065 et seq.

2      11. That Defendants each be required to account for all gains,

3  profits, and advantages derived from their acts of infringement and

4  their other violations of law.

5      12. That all gains, profits, and advantages derived by

6  Defendants from their acts of infringement and other violations of

7  law be deemed to be in constructive trust for the benefit of

8  Plaintiff.

9      13. That Plaintiff be awarded punitive and exemplary damages

10  against each Defendants, jointly and severally.

11      14. That Plaintiff have judgment against each Defendant,

12  jointly and severally, for its costs and attorney's fees.

13      15. That the Court grant  such other, further, and different

14  relief as the Court deems proper under the circumstances.

15

16                          DEMAND FOR JURY TRIAL

17

18      Plaintiff Thuan Phong Company Limited herein demands a jury

19  trial on all issues.

20

21                              Respectfully submitted,

22  Dated: October 25, 2010      TRUONG AND ASSOCIATES

23

24

25                              _____
                                Hoa Phu Truong
26                              Attorneys for Plaintiff

27

28

                                    FIRST AMENDED COMPLAINT FOR
                                    TRADEMARK INFRINGEMENT,
- 12 -                              UNFAIR COMPETITION